**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  May 06, 2024

Mr. Joshua Adam Engel
Engel & Martin
4660 Duke Drive
Suite 101
Mason, OH 45040

Re:  Case No. 24-3388*, John Noakes v. UC, et al*
Originating Case No. 1:23-cv-00284

Dear Counsel,

This appeal has been docketed as case number **24-3388** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 20, 2024**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  | Appearance of Counsel |
|---|---|
| Appellant: | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

|  | Appearance of Counsel |
|---|---|
| Appellee: | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                   Sincerely,

                                   s/Gretchen S. Abruzzo
                                   Case Manager
                                   Direct Dial No. 513-564-7018

cc:  Mr. Dominick Salvatore Gerace II

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 24-3388**

JOHN NOAKES

       Plaintiff - Appellant

v.

UNIVERSITY OF CINCINNATI; ALECIA TRAMMER, Director of Office of Equity, Inclusion and Community Impact; ADRIENNE LYLES, Title IX Coordinator; BLEUZETTE MARSHALL, Vice President for Equity, Inclusion & Community Impact; ASHLEIGH WADE, Director of Student Conduct & Community Standards

       Defendants - Appellees