UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: 24-3388

Case Title: John Noakes vs. Univ. of Cincinnati et al.

List all clients you represent in this appeal:

Plaintiff John Noakes

☑ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Joshua Engel        Signature: s/ Joshua Engel

Firm Name: Engel & Martin., LLC

Business Address: 4660 Duke Drive, Ste 101

City/State/Zip: Mason, OH  45050

Telephone Number (Area Code): 513-445-9610

Email Address: engel@engelandmartin.com

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---