# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __24-3388__     Case Manager: _____

Case Name: __John Noakes v. University of Cincinnati, et al.__

Is this case a cross appeal?  ☐ Yes  ☐ No
Has this case or a related one been before this court previously?  ☐ Yes  ☐ No
If yes, state:
   Case Name: _____     Citation: _____
   Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

**Parties Against Whom this Appeal is Being Taken:**
Appeal is take against officers of University of Cincinnati sued in their official capacity: Alecia Trammer, Director of the Office of Equity, Inclusion, and Community Impact; Adrienne Lyles, Title IX Coordinator; Bleuzette Marshall, Vice President for Equity, Inclusion, and Community Impact; and Ashleigh Wade, Director of Student Conduct and Community Standards.

**Specific Issues You Propose to Raise:**
Whether the District Court properly denied Plaintiff's Motion for a Preliminary Injunction. This court will be asked to review de novo the district court's legal conclusions, including the conclusion that Plaintiff did not have a likelihood of success on the merits of his procedural due process claim. This Court will also be asked to review issues that were not addressed by the District Court in its Order, including whether there is a substantial threat that the movant will suffer irreparable injury if the injunction is denied; whether the threatened injury outweighs any damage that the injunction might cause the defendant; and whether the injunction will not disserve the public interest

This is to certify that a copy of this statement was served on opposing counsel of record this __6th__ day of _____ __May__, __2024__.

/s/ Joshua Engel
Name of Counsel for Appellant