UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3388**

Case Title: **John Noakes** vs. **University of Cincinnati, et al.**

List all clients you represent in this appeal:

> **University of Cincinnati**
> **Alecia Trammer**
> **Adrienne Lyles**
> **Bleuzette Marshall**
> **Ashleigh Wade**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Dominick S. Gerace, II**   Signature: s/ **Dominick S. Gerace, II**

Firm Name: **Taft Stettinius & Hollister LLP**

Business Address: **425 Walnut Street, Suite 1800**

City/State/Zip: **Cincinnati, OH 45202**

Telephone Number (Area Code): **(513) 381-2838**

Email Address: **dgerace@taftlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |