UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3388**

Case Title: **John Noakes** vs. **University of Cincinnati, et al.**

List all clients you represent in this appeal:

> **University of Cincinnati**
> **Alecia Trammer**
> **Adrienne Lyles**
> **Bleuzette Marshall**
> **Ashleigh Wade**

☐ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☒ Appellee    ☐ Respondent   ☐ Intervenor             (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jada M. Colon**   Signature: s/ **Jada M. Colon**

Firm Name: **Taft Stettinius & Hollister LLP**

Business Address: **425 Walnut Street, Suite 1800**

City/State/Zip: **Cincinnati, OH 45202**

Telephone Number (Area Code): **(513) 381-2838**

Email Address: **jcolon@taftlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---