No. 24-3388

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
May 23, 2024
KELLY L. STEPHENS, Clerk
```

| | |
|---|---|
| JOHN NOAKES, | ) |
|     Plaintiff-Appellant, | ) |
| v. | )  O R D E R |
| UNIVERSITY OF CINCINNATI, et al., | ) |
|     Defendants-Appellees. | ) |

The plaintiff appeals the district court's denial of his motion for a preliminary injunction prohibiting defendant university from imposing any disciplinary sanctions against him based on a hearing panel's determination that he sexually assaulted another student. The plaintiff moves to expedite briefing and oral argument. The defendant responds, opposing oral argument. The plaintiff replies.

The motion to expedite is **GRANTED IN PART**. An expedited briefing schedule will issue under separate cover. Upon completion of briefing, this appeal will be submitted at the earliest practicable date the court's schedule will permit. The decisions of whether to hold oral argument and whether to expedite the issuance of a decision are reserved to the ultimate merits panel that will be assigned this appeal. No briefing extensions will be granted in the absence of clearly demonstrated extraordinary circumstances.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk