## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 27, 2024

**Notice**

Mr. Joshua Adam Engel
Engel & Martin
4660 Duke Drive, Suite 101
Mason, OH 45040

Mr. Dominick Salvatore Gerace, II
Taft, Stettinius & Hollister
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

Re: No. 24-3388
*John Noakes v. UC, et al*

Dear Counsel:

The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Tuesday, October 29, 2024**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

Sincerely yours,

s/Karen S. Fultz
Calendar Deputy

cc: Ms. Jada Colon