Case No. 24-3388

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

JOHN NOAKES

    Plaintiff - Appellant

v.

UNIVERSITY OF CINCINNATI; ALECIA TRAMMER, Director of Office of Equity, Inclusion and Community Impact; ADRIENNE LYLES, Title IX Coordinator; BLEUZETTE MARSHALL, Vice President for Equity, Inclusion & Community Impact; ASHLEIGH WADE, Director of Student Conduct & Community Standards

    Defendants - Appellees

Upon consideration of the appellant's motion to expedite oral argument,

It is **ORDERED** that the motion is **DENIED** as moot.

                              **ENTERED BY ORDER OF THE COURT**
                              Kelly L. Stephens, Clerk

Issued: August 28, 2024