**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: November 19, 2024

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

    Re:  Case No. 24-3388, *John Noakes v. UC, et al*
       Originating Case No. 1:23-cv-00284

Dear Mr. Nagel,

 Enclosed is a copy of the mandate filed in this case.

            Sincerely,

            s/Abby Hahn
            for Gretchen Abruzzo, Case Manager

cc:  Ms. Jada Colon
   Mr. Joshua Adam Engel
   Mr. Dominick Salvatore Gerace II

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-3388

_____

Filed: November 19, 2024

JOHN NOAKES

    Plaintiff - Appellant

v.

UNIVERSITY OF CINCINNATI; ALECIA TRAMMER, Director of Office of Equity, Inclusion and Community Impact; ADRIENNE LYLES, Title IX Coordinator; BLEUZETTE MARSHALL, Vice President for Equity, Inclusion & Community Impact; ASHLEIGH WADE, Director of Student Conduct & Community Standards

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 10/25/2024 the mandate for this case hereby issues today.

COSTS: None